# THE COCHRAN FIRM
## NEW YORK, NEW YORK

| | | |
|---|---|---|
| 127 Peachtree Street, NE<br>Suite 800<br>Atlanta, Georgia 30303 | | One Commerce Square<br>26th Floor<br>Memphis, Tennessee 38103 |
| 430 West Main Street<br>Dothan, Alabama 36301 | 55 Broadway - 23rd Floor<br>New York, New York 10006<br>Telephone: (212) 553-9215 • Fax: (212) 227-8763 | 306 N. Main Street<br>Tuskegee, Alabama 36083 |
| 4929 Wilshire Boulevard<br>Suite 1010<br>Los Angeles, California 9010 | | 1100 New York Avenue, NW<br>Suite 340<br>Washington, DC 20005 |

Writer's Direct Dial: (212) 553-9120

December 13, 2019

**VIA ECF**
Honorable John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

*[Handwritten: Adjourned to Friday, January 31, 2020, at 2:30pm. SO ORDERED. /s/ JGK 12/13/19]*

Re: Hart, et al. v. Ethical Culture Fieldston School, et al.; Docket No. 19cv-02395

Dear Judge Koeltl,

I am the Chairman of The Cochran Firm, attorneys for the Plaintiffs in the above-referenced matter, and I write this letter to request an adjournment of the January 16, 2020 oral argument conference. This is the first request for an adjournment.

After conferring with the Defendants' counsel and notifying them that I am unavailable due to my teaching obligations at Harvard Law School for the week the conference is scheduled, they consented to our request for an adjournment. If the Court grants this request, the parties are available January 28, January 29, January 30, January 31, February 3, and February 4.

Thank you for your consideration.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 12/16/19
```

Sincerely,

*/s/ Derek S. Sells*
Derek S. Sells

CC: All Attorneys of Record (Via ECF)