USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 2-5-20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MALAKAI HART et al.,

        Plaintiffs,

  - against -

ETHICAL CULTURE FIELDSTON SCHOOL et al.,

        Defendants.

19cv2395 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The Clerk is directed to close Docket Nos. 19 and 21.

SO ORDERED.

Dated:    New York, New York
         February 5, 2020

                                    John G. Koeltl
                              United States District Judge