```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
────────────────────────────────────

**MALAKAI HART et al.,**

                Plaintiffs,        19-cv-2395 (JGK)

    - against -                <u>ORDER</u>

**ETHICAL CULTURE FIELDSTON SCHOOL et al.,**

                Defendants.

────────────────────────────────────

**JOHN G. KOELTL, District Judge:**

    The parties should submit a Rule 26(f) report by May 14, 2020.

**SO ORDERED.**

**Dated:**    New York, New York
            April 20, 2020          /s/ John G. Koeltl
                                            **John G. Koeltl
                                    United States District Judge**